IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| THOMAS R. GRANT | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION FILE NO.: |
| | : | 4:04-CV-78-3-CDL |
| HOME DEPOT, INC. | : | **JURY TRIAL REQUESTED** |
| | : | |
| Defendant | : | |

## STIPULATION OF DISMISSAL

NOW COME, the parties, by and through their counsel of record, and hereby stipulate and agree, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that the within and foregoing civil action shall be and the same is hereby dismissed with prejudice, with each side to bear its own costs and attorneys fees.

**STIPULATED TO BY:**

/s/ David C. Ates
Georgia Bar No. 026281
MILLER, BILLIPS & ATES
730 Peachtree Street, Suite 750
Atlanta, Georgia 30308

/s/ A. Craig Cleland
Georgia Bar No. 129825
Joshua F. Naylor
Georgia Bar No. 535782
Ogletree, Deakins, Nash, Smoak & Stewart
600 Peachtree St. N.E. Suite 2100
Atlanta, Georgia 30308